# Unclaimed Funds
Entered 3/7/2017 to 3/7/2017

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 11-17780 -msh<br>18470549 | U.S. Department of HUD<br>c/o Deval LLC<br>1255 Corporate Drive, #300<br>Irving, TX 75038<br>75038 | 146.68 | 03/07/2017 |
| 11-18152 -jnf<br>19884170 | CECILIA MATOS-ROSA<br>80 HOPE AVE<br>APT. 118<br>WALTHAM, MA 02453<br>02453 | 4.52 | 03/07/2017 |
| 11-18794 -jnf<br>18225627 | First Citizens Federal Credit Union<br>200 Mill Road, Suite 100<br>Fairhaven, MA 02719 | 1.55 | 03/07/2017 |
| 11-19022 -jnf<br>18240095 | DJ Gustafson & Company<br>775 Pleasant Street, Suite #5<br>East Weymouth, MA 02189<br>02189 | 20.55 | 03/07/2017 |
| 11-20106 -fjb<br>18406789 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702<br>61702 | 5.68 | 03/07/2017 |
| 12-10182 -msh<br>19884171 | DAVID & JOY BIDANSET<br>22 PRISCILLA AVE<br>DUXBURY, MA 02332<br>02332 | 5.00 | 03/07/2017 |
| 12-10519 -fjb<br>18413814 | Keybank USA<br>100 Cambridge St.<br>Suite 1600<br>Boston, MA 02114<br>02114 | 1.05 | 03/07/2017 |
| 12-16695 -fjb<br>19884172 | JANIS BLANCHETTE<br>131 SPRUCE ST | 8,142.03 | 03/07/2017 |

| | | | |
|---|---|---|---|
| | MIDDLEBORO, MA 02346<br>02346 | | |
| [12-19580 -fjb](#)<br>18808629 | AJT Supplies, Inc.<br>c/o Barlette Law Offices<br>P.O. Box 378<br>Medford, MA 02155<br>02155 | 70.16 | 03/07/2017 |
| [12-19693 -jnf](#)<br>18931415 | Gecrb/Lord & Taylor<br>PO box 960035<br>Orlando, FL 32896<br>32896 | 0.77 | 03/07/2017 |
| [13-13356 -fjb](#)<br>18960323 | American General Financial Services<br>c/o Kream & Kream<br>536 Broad Street, Suite 5<br>East Weymouth, MA 02189 | 56.25 | 03/07/2017 |
| [13-13530 -fjb](#)<br>18967465 | Christina Pedranti<br>78 Fairfield Street<br>Revere, MA 02151<br>02151 | 10.83 | 03/07/2017 |
| [13-14562 -fjb](#)<br>19884173 | JACK GREY<br>45 WOODVILLE AVE<br>MILTON, MA 02186<br>02186 | 264.00 | 03/07/2017 |
| [13-15314 -fjb](#)<br>19884174 | DENISE & ALAN DESTON<br>365 CYPRESS ST<br>FALL RIVER, MA 02720<br>02720 | 2.00 | 03/07/2017 |
| [13-15950 -jnf](#)<br>19207893 | ANJ, Corporation<br>c/o J.A. Cambece Law Office<br>P.O. Box 7075<br>Beverly, MA 01915<br>01915 | 7.43 | 03/07/2017 |
| [13-16951 -jnf](#)<br>19195192 | Data Central, LLC<br>c/o Easttman Law Firm<br>4901 West 136th Street<br>Suite 250<br>Leawood, KS 66224<br>66224 | 11.22 | 03/07/2017 |

| | | | |
|---|---|---|---|
| [15-14442 -jnf](#)<br>19632672 | First Citizens Federal Credit Union<br>200 Mill Road, Suite 100<br>Fairhaven, MA 02719 | 240.93 | 03/07/2017 |
| [15-15078 -fjb](#)<br>19884175 | SHAWN LEONARD<br>19 DEAN AVE<br>APT 1<br>WESTWOOD, MA 02090<br>02090 | 186.00 | 03/07/2017 |
| [16-12564 -jnf](#)<br>19884176 | LOUIS BOURASSA<br>857 BROCK AVE<br>NEW BEDFORD, MA 02744<br>02744 | 302.40 | 03/07/2017 |

**Grand Total: 9,479.05**